## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEXIS STIPE | CIVIL ACTION NO. |
| VERSUS | JUDGE: |
| GULF WINDS INTERNATIONAL, INC. AND BARRY L. SPARKMAN | MAGISTRATE: |
| | JURY TRIAL |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Winds International, Inc., who files this Notice of Removal pursuant to 28 U.S.C. § 1332 and 28 U.S.C § 1441, and hereby removes this matter from the docket of the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, to the docket of this Honorable Court.

I.

This lawsuit arises from a motor vehicle accident, which occurred on or about May 25, 2021, in St. John the Baptist Parish, Louisiana involving a vehicle operated by Plaintiff, Alexis Stipe, and a vehicle operated Defendant, Barry L. Sparkman.

II.

On or about March 2, 2022, Plaintiff, Alexis Stipe, filed a personal injury lawsuit against Gulf Winds International, Inc. and Barry L. Sparkman in the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, Docket Number C-77650, Div. "C", entitled, "*Alexis Stipe versus Gulf Winds International, Inc. and Barry L. Sparkman.*" Exhibit 1.

III.

Service of citation and a copy of the Petition for Damages were requested on Defendant, Gulf Winds International. Inc., through its registered agent for service of process, CT Corporation System, and Gulf Winds International, Inc. was served on March 14, 2022. Exhibit 2.

IV.

Service of citation and a copy of the Petition for Damages were requested on Defendant, Barry L. Sparkman, pursuant to the Louisiana Long Arm Statute. Upon information and belief, Barry L. Sparkman has not been served as of the date of this filing. Mr. Sparkman has been contacted by undersigned counsel and he consents to the filing of this Notice of Removal.

**I.     REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332.**

V.

28 U.S.C. § 1332 provides federal district courts with concurrent original jurisdiction in cases "where the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between – (1) citizens of different states…."

**A.     THE AMOUNT IN CONTROVERSY EXCEEDS $75,000**

VI.

The Fifth Circuit has explained that for purposes of establishing removal jurisdiction, a defendant may demonstrate that the amount in controversy exceeds $75,000, "in either of two ways: (1) by demonstrating that it is 'facially apparent' from the petition that the claim likely exceeds $75,000 of (2) 'by setting forth the facts in controversy – preferably in the removal petition, but sometimes by affidavit – that support a finding of the requisite amount.'" *Grant v.*

*Chevron Phillips Chemical Co.*, 309 F.3d 864, 868 (5th Cir. 2002)(quoting *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995).

VII.

It is facially apparent from the Petition for Damages that the claim likely exceeds the threshold for federal diversity jurisdiction because the Petition specifically states "Plaintiff's claim equals or exceeds the amount in controversy required for jurisdiction under 28 USC Code §1332." Exhibit 1 at ¶ 8.

VIII.

While Defendant, Gulf Winds International, Inc., admits no liability nor any element of damages, Defendant has met its burden of establishing that it is now apparent that the amount in controversy is in excess of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs.

B.  **COMPLETE DIVERSITY EXISTS**

IX.

Defendant, Gulf Winds International, Inc., is a corporation, incorporated and existing under the laws of the State of Texas, with principal place of business in the State of Texas.

X.

Defendant, Barry L. Sparkman, is a person of the full age of majority and a resident of and domiciled in the County of Escambia, State of Florida.

XI.

Plaintiff, Justin Ball, is a person of the full age of majority and resident of and domiciled in the Parish of St. John the Baptist, State of Louisiana.

XII.

There is complete diversity between the Plaintiff and Defendants.

## II. DEFENDANT HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

XIII.

The Notice of Removal was properly filed within thirty (30) days of March 14, 2022, when the removing Defendant, Gulf Winds International, Inc., was served with the Petition for Damages. Exhibit 2.

XIV.

Based upon the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332 (a), and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. §1441; this is a civil action wherein the Plaintiff's alleged damages exceed the sum of $75,000.00, exclusive of interest and costs, and the Plaintiff is diverse from the Defendants.

XV.

In accordance with 28 U.S.C. §1446(d), Defendant will provide appropriate Notice of this Removal to the Plaintiff and to the Clerk of Court for the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana.

XVI.

In accordance with 28 U.S.C. § 1446(b)(2)(A), all Defendants who have been properly joined consent to the removal of the action.

XVII.

No previous application has been made for the relief requested herein.

XVIII.

The Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and Uniform Local Rules of the District Courts.

**JURY DEMAND**

XIX.

Defendant is entitled to and requests a trial by jury on all issues herein.

WHEREFORE, Defendant, Gulf Winds International, Inc., prays that the action now entitled, "*Alexis Stipe versus Gulf Winds International, Inc. and Barry L. Sparkman*," bearing Docket Number C-77650, Div. "C", and pending in the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, be removed from the state court docket to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

**PERRIER & LACOSTE, L.L.C.**

s/ Kristopher M. Gould
**GUY D. PERRIER, #20323**
**KRISTOPHER M. GOULD, #33860**
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
Tel:  (504) 212-8820
Fax:  (504) 212-8825
Email:  gperrier@perrierlacoste.com
Email:  kgould@perrierlacoste.com
**ATTORNEYS FOR DEFENDANT, GULF WINDS INTERNATIONAL, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing pleading has been delivered to all counsel of record, by email, this **11th** day of **April, 2022**, at their last known address of record.

                                        s/ Kristopher M. Gould  
                                        **KRISTOPHER M. GOULD, # 33860**