**APPENDIX 9.6**
**LOUISIANA CIVIL CASE REPORTING**
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Alexis Stipe      vs.   Gulf Winds International, Inc and Barry L. Sparkman

**Court:** 40th JDC      **Docket Number:** _____

**Parish of Filing:** St. John the Baptist      **Filing Date:** 02/24/2022

**Name of Lead Petitioner's Attorney:** Elizabeth A. Hancock

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1      **Number of named defendants:** 2

**Type of Lawsuit:** Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

- X Auto: Personal Injury
- __ Auto: Wrongful Death
- __ Asbestos: Property Damage
- __ Product Liability
- __ Intentional Bodily Injury
- __ Intentional Wrongful Death
- __ Business Tort
- __ Defamation
- __ Environmental Tort
- __ Intellectual Property
- __ Legal Malpractice
- __ Other Professional Malpractice
- __ Maritime
- __ Wrongful Death
- __ General Negligence

- __ Auto: Property Damage
- __ Auto: Uninsured Motorist
- __ Asbestos: Personal Injury/Death
- __ Premise Liability
- __ Intentional Property Damage
- __ Unfair Business Practice
- __ Fraud
- __ Professional Negligence
- __ Medical Malpractice
- __ Toxic Tort
- __ Other Tort (describe below)
- __ Redhibition
- __ Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Defendant Driver rear-ended Plaintiff

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name  Robyn Sanchez, Legal Assistant      Signature _[signature]_

Address  Morris & Dewett, LLC 509 Milam Street, Shreveport, LA 71101

Phone number: 318-221-1507      E-mail address: rsanchez@morrisdewett.com

**EXHIBIT 1**

| | | |
|---|---|---|
| ALEXIS STIPE | : | SUIT NUMBER: |
| VERSUS | : | 40th JUDICIAL DISTRICT COURT |
| GULF WINDS INTERNATIONAL, INC. And BARRY L. SPARKMAN | : | ST. JOHN THE BAPTIST PARISH, LOUISIANA |

## PETITION

Alexis Stipe, being of the age of majority and domiciled in St. John the Baptist Parish, Louisiana, respectfully represents:

1.

The defendants making this petition necessary are:

a. GULF WINDS INTERNATIONAL, INC., a Texas corporation authorized to and doing business in the State of Louisiana; and

b. BARRY L. SPARKMAN, an individual domiciled in Escambia County, Florida.

2.

On May 25, 2021, a wreck occurred in St. John the Baptist Parish, Louisiana, on LA HWY 3188, involving an 18-wheeler operated by Barry L. Sparkman and a Toyota Highlander operated by Alexis Stipe.

3.

Barry L. Sparkman rear-ended Ms. Stipe's vehicle, trapping the vehicle between his 18-wheeler and the highway's concrete barrier.

4.

Barry L. Sparkman caused harm to the plaintiff's person and property by:

a) failing to see what he should have seen, or in seeing failing to heed;

b) following too closely;

c) failing to yield;

d) being inattentive;

e) driving distracted; and

  f) operating a vehicle in a careless/reckless manner.

5.

At the time of the wreck, Barry L. Sparkman was in the course and scope of his employment with Gulf Winds International, Inc.

6.

Gulf Winds International, Inc had a duty to communicate, establish and enforce screening, training, and supervision procedures to prevent acts of the nature described herein. This breach of duty by the Gulf Winds International, Inc caused the plaintiff injury and harm. Gulf Winds International, Inc was negligent in its hiring, retention, training, and supervision of Barry L. Sparkman. This negligence was jointly a cause of plaintiff's harm.

7.

Defendants' negligent conduct caused harm to Alexis Stipe. Defendants are responsible for plaintiff's past and future: 1) medical expenses; 2) physical pain and suffering; 3) mental pain and anguish; 4) functional limitations and impairments; 5) loss of enjoyment of life; 6) lost wages; 7) loss of future earning capacity; and 8) scarring and disfigurement.

8.

Plaintiff's claim equals or exceeds the amount in controversy required for jurisdiction under 28 USC Code §1332.

WHEREFORE, plaintiff prays that all harm and losses caused by the defendants be repaired by judgment; all expert fees, cost and interest should be borne by the defendant.

SIGNATURE ON NEXT PAGE

Respectfully Submitted,

MORRIS & DEWETT, LLC

By: _____
Elizabeth A. Hancock (#35487)
509 Milam Street
Shreveport, LA 71101
(318) 221-1507 - Telephone
(318) 221-4560 – Facsimile
ehancock@morrisdewett.com

and

Ali Shahlaei (#27293)
3000 West Esplanade Ave., STE 200
Metairie, LA 7002
(504) 365-1223 – Telephone
(504) 362-7750 – Facsimile
mas@shahlaielaw.com

ATTORNEYS FOR PLAINTIFF

**Please Serve:**

**GULF WINDS INTERNATIONAL, INC.**
Agent: CT Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 708016

**BARRY L. SPARKMAN**
563 Bobwhite Drive
Pensacola, FL 32514